

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte Timothy E. Ho

No. 06-18-00098-CV

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 85199). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the Texas Department of Public Safety pay all costs of this appeal.

RENDERED FEBRUARY 5, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk